Steven Ritcheson (SBN 174062)
Insight, PLC
578 Washington Boulevard #503
Marina del Rey, California 90291
Phone: (424) 289-9191
swritcheson@insightplc.com

Howard L. Wernow
(*pro hac vice*)
Sand, Sebolt & Wernow Co., LPA
Aegis Tower - Suite 1100
4940 Munson Street, N. W.
Canton, Ohio 44718
Phone: (330) 244-1174
howard.wernow@sswip.com

Attorneys for Plaintiff
FURY TECHNOLOGIES LLC

# IN THE UNITED STATES DISTRICT COURT

# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| **FURY TECHNOLOGIES LLC,** <br><br> Plaintiff, <br><br> v. <br><br> **DJI TECHNOLOGY, INC.,** <br><br> Defendant. | Civil Action No.: 2:20-cv-03827 <br><br> **TRIAL BY JURY DEMANDED** <br><br> <u>**NOTICE OF SETTLEMENT AND MOTION TO STAY ALL DEADLINES**</u> |

Plaintiff Fury Technologies LLC, by and through undersigned counsel and subject to the approval of this Court, hereby files this Notice of Settlement and Motion to Stay All Deadlines, and in support thereof, respectfully shows the Court as follows:

All matters in controversy between Plaintiff and Defendant DJI Technology, Inc. have been settled in principle. The parties are in the process of memorializing the terms of a written settlement agreement. The parties anticipate that they will be able to perform such terms within sixty (60) days. Accordingly, Plaintiff respectfully requests that the Court grant a stay of the proceedings between the parties, including all deadlines, until October 16, 2020.

Good cause exists for granting this Motion, as set forth above. The motion is not filed for purposes of delay but so that justice may be served.

## CERTIFICATE OF CONFERENCE

The undersigned certifies that counsel for Plaintiff conferred with Defendant about the issues presented here. Defendant indicated that it was not opposed to the relief sought herein.

Dated: August 17, 2020

Of Counsel:

SAND, SEBOLT & WERNOW CO., LPA
Howard L. Wernow (*pro hac vice*)
Aegis Tower - Suite 1100
4940 Munson Street, N. W.
Canton, Ohio 44718
Phone: 330-244-1174
Fax: 330-244-1173
Email: Howard.Wernow@sswip.com

Respectfully submitted,

/s/ *Steven W. Ritcheson*
Steven Ritcheson
Insight, PLC
578 Washington Boulevard #503
Marina del Rey, California 90291
Phone: (424) 289-9191
swritcheson@insightplc.com

ATTORNEYS FOR PLAINTIFF